UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62653-Civ-MARRA/BRANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT REISMAN,

    Defendant.
_____/

## FINAL SUMMARY JUDGMENT AGAINST SCOTT REISMAN

IN ACCORDANCE with the Court's Order and Opinion granting Summary Judgment against Scott Reisman signed on this date, it is hereby

ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, United States of America, and against Defendant, Scott Reisman.  Plaintiff shall recover from Defendant the sum of $84,115,86 of unpaid principal, $83,476.69 of unpaid interest as of the date of this judgment, and $30.00 in fees for service of the summons per 28 U.S.C. § 2412(b).  This award shall accrue post-judgment interest at the rate[1] of 0.19%, for which let execution issue.

---

[1] The federal interest statute, 28 U.S.C.A. § 1961, governs the award of post-judgment interest.  28 U.S.C.A. § 1961(a) provides that "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court. . .  Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."  That rate is 0.19%.

In addition, Newman & Marquez, P.A. is awarded its reasonable attorney's fees.  The appropriate motion for such fees and costs must be filed pursuant to Local Rule 7.3.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of June, 2012.

_____
KENNETH A. MARRA
United States District Judge